# EXHIBIT C-3

5/30/2024 4:08:00 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 88280517
By: PRINCE, SASHAGAYE S
Filed: 5/30/2024 4:08:00 PM

2024-33604

| | | |
|---|---|---|
| CHARLES MOSELY,<br>Plaintiff, | § § § § | IN THE DISTRICT COURT |
| vs. | § § | OF HARRIS COUNTY, TEXAS |
| RCF 2 ACQUISITION TRUST<br>U.S.BANK TRUST NATTIONAL,<br>ASSOCIATION AND SELENE<br>FINANCE LP.<br>Defendant, | § § § § § § | 165th JUDICIAL DISTRICT |

## ORDER

IT IS, THEREFORE, ORDERED that defendants RCF 2 Acquisition Trust, U.S Bank Trust Nation Association, Selene Finance LP, and CODILIS & MOODY, P.C., and their agents, servants, and employees in this cause, be, and hereby are, commanded forthwith to desist and refrain from directly or indirectly foreclosing or filing for foreclosure on the property of plaintiffs from the date of entry of this order until and to the day after entry or until further order of this court.

IT IS FURTHER ORDERED that plaintiffs Charles Mosely request for temporary injunction be heard before me or the Honorable judge of the court named above, on, at m, in the courtroom of the court of Harris, Texas. The clerk of the court is hereby directed to issue a show cause notice to defendants Selene Finance LP and CODILIS & moody, P.C. to appear at the temporary injunction hearing.

The clerk of the above court shall forthwith, on the filing by plaintiffs Charles Mosely of the bond required by this order, and on approving the same according to the law, issue a temporary restraining order in conformity with the law and the terms of this order.

This order shall not be effective unless and until plaintiffs Charles Mosely execute and file with the clerk a bond, in conformity with the law, in the amount of $ 200.00 . ~~Notwithstanding anything in this order, defendants shall be allowed to post the property on the June 4, 2024 foreclosure sale~~.

Temporary Injunction will be June 13, 2024 at 3:00 pm via zoom in 165th court.
Join Zoom Meeting
https://justex.zoom.us/j/2557653596

Dated: _____
Signed:
5/31/2024  *Cheryl Elliott Thornton*
2:43 PM
PRESIDING JUDGE

Meeting ID: 255 765 3596
One tap mobile
+13462487799,,2557653596# US (Houston)

Entered on: _____